UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GREGORY SCOTT GOODYEAR,**

   **Plaintiff,**

v.                                                                                         Case No. 5:20cv43-TKW-MJF

**FEDERAL BUREAU OF
INVESTIGATION,**

   **Defendant.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge that this case is due to be dismissed based on Petitioner's failure to pay the filing fee and failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted by the Court and incorporated into this Order.

2. This case is **DISMISSED without prejudice**, and the Clerk shall close the file.

**DONE and ORDERED** this 6th day of July, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**
